THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KENNETH A. KASEL, | CASE NO. C18-0728-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALASKA AIRLINES, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and related dates (Dkt. No. 14). Finding good cause, the motion is GRANTED. The Court terminates all pending case management dates and ENTERS the following amended case scheduling order:

| Event | Date |
|---|---|
| Discovery cutoff | October 7, 2019 |
| Dispositive motions deadline | November 5, 2019 |
| Motions in limine | January 13, 2020 |
| Trial briefs, proposed voir dire and proposed jury instructions | January 27, 2020 |
| Jury trial | February 3, 2020 |

//

//

MINUTE ORDER
C18-0728-JCC
PAGE - 1

DATED this 17th day of May 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk
